UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                        )
DONALD P. SABOURIN III,                 )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )    C.A. No. 15-338 S
                                        )
CAROLYN W. COLVIN, Acting               )
Commissioner, Social Security           )
Administration,                         )
                                        )
          Defendant.                    )
_____ )
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

On May 18, 2016, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter.   (ECF No. 13.)   The R&R recommends that Defendant's Motion for an Order Affirming the Decision of the Commissioner ("Defendant's Motion") (ECF No. 12) be GRANTED; that Plaintiff's Motion to Reverse with a Remand for Rehearing of the Commissioner's Final Decision ("Plaintiff's Motion") (ECF No. 11) be DENIED; and that Final Judgment enter in favor of Defendant. No objections to the R&R were filed, and the time for doing so has passed.

Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).   The R&R is ADOPTED; Defendant's Motion is

GRANTED; Plaintiff's Motion is DENIED; and FINAL JUDGMENT is entered in favor of Defendant.


IT IS SO ORDERED.


William E. Smith
Chief Judge
Date:  July 21, 2016